USDC KYWD  - Minute Order (Rev. 08/11)

# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**  PLAINTIFF

VS.  **CRIMINAL ACTION NUMBER: 3:17-MJ-652**

**ANDREW PAUL SCHMIDT**  DEFENDANT

## ORDER ON COMBINED PRELIMINARY AND DETENTION HEARING

The above-styled case came before the Honorable Dave Whalin, United States Magistrate Judge and was called in open Court on December 6, 2017 for a combined preliminary and detention hearing.

### APPEARANCES

| | |
|---|---|
| For the United States: | Joshua D. Judd, Asstistant United States Attorney |
| For the defendant: | Defendant Andrew Paul Schmidt - Present and in custody |
| | Donald J. Meier, Assistant Federal Defender - Present |
| Court Reporter: | Digitally recorded |

The Defendant, through counsel, having waived his right to a preliminary and detention hearing in open Court and having executed the appropriate forms to be filed into the record herein,

**IT IS HEREBY ORDERED** that should the Grand Jury return a true bill, this case is scheduled for arraignment proceedings on **Thursday, December 21, 2017 at 9:30 a.m.** before the Honorable Colin H. Lindsay, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the Defendant be remanded to the custody of the United States Marshal pending further order of the Court.

This 6th day of December, 2017

**ENTERED BY ORDER OF THE COURT:**
**DAVE WHALIN**
**UNITED STATES MAGISTRATE JUDGE**
**VANESSA L. ARMSTRONG, CLERK**
**BY: /s/** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
 U.S. Probation
 Counsel for Defendant

0|05